# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of<br>**CHAF ENTERPRISES, INC.**<br>    Plaintiff,<br>v.<br>**CHAYANNE.COM, LTD., et al.**<br>    Defendants. | Case Number: .<br>FILED: JULY 11, 2008<br>08CV3958<br>JUDGE LINDBERG<br>MAGISTRATE JUDGE COLE<br>YM |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CHAF ENTERPRISES, INC., a Florida corporation

---

| |
|---|
| NAME (Type or print)<br>Jeffrey P. Dunning |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/ Jeffrey P. Dunning |
| FIRM<br>Greenberg Traurig, LLP |
| STREET ADDRESS<br>77 West Wacker Drive., Suite 2500 |
| CITY/STATE/ZIP<br>Chicago, IL  60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 627364 | 312. 456. 8400 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |