## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of   
CHAF ENTERPRISES, INC.  
    Plaintiffs,  
vs.  
CHAYANNE.COM, LTD., et al.  
    Defendants.

Case Number:  
FILED: JULY 11, 2008  
08CV3958  
JUDGE LINDBERG  
MAGISTRATE JUDGE COLE  
YM

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:  
CHAF ENTERPRISES, INC., a Florida corporation

| |
|---|
| NAME (Type or print)<br>Jason B. Elster |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Jason B. Elster |
| FIRM<br>Greenberg Traurig, LLP |
| STREET ADDRESS<br>77 W. Wacker Dr., Suite 2500 |
| CITY/STATE/ZIP<br>Chicago, IL  60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6289434 | TELEPHONE NUMBER<br>312.456.8400 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ✔ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✔ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐