**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| CHAF ENTERPRISES, INC.<br>      Plaintiff,<br>v.<br>CHAYANNE.COM, LTD., et al.<br>      Defendants. | FILED: JULY 11, 2008<br>08CV3958<br>JUDGE LINDBERG<br>MAGISTRATE JUDGE COLE<br>YM |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CHAF ENTERPRISES, INC., a Florida corporation

| NAME (Type or print) |
|---|
| Paul D. McGrady |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Paul D. McGrady |
| FIRM |
| Greenberg Traurig, LLP |
| STREET ADDRESS |
| 77 W. Wacker Drive, Suite 2500 |
| CITY/STATE/ZIP |
| Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6239525 | 312.456.8400 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐