DATE: July 15, 2008

**Judge:** Lindberg
**Case No.: 08-CV-**3958

Re: Chaf Enterprises, Inc. v. Chayanne.com, Ltd. et al

Dear Counsel:

      Mediation frequently aids in settling trademark disputes and other Lanham Act cases. For that reason, the District Court for the Northern District of Illinois established its voluntary mediation program in 1996 for Lanham Act cases. The program is Lanham Act case specific and draws on mediators who are specialists in such cases. Since its establishment, the Northern District mediation program has assisted many parties in resolving their disputes without expending the large amounts of time, effort and resources normally involved in full scale litigation.

      You will find enclosed materials describing the Court's Lanham Act mediation program. They include a description of the program, the Local Rules and procedures governing it, and a current list of mediators that have been qualified by the Court to mediate Lanham Act disputes. The program has often delivered prompt and economical resolutions to disputes, and the Court strongly encourages you and your client to take advantage of it.

      The docket indicates that you are appearing as counsel for one of the parties in this litigation. Pursuant to this Court's Rules and procedures, you are required to provide copies of this letter and all enclosures to each party you represent. If you represent a plaintiff, you also must provide copies of these papers to the attorney for each defendant. The attorney for each defendant then must provide these materials to each party that attorney represents. Within 20 days of the date of receipt of this letter, each attorney is required to file a Certificate with the Court stating that copies of these documents have been provided to the appropriate parties and attorneys.

      The Rules also require that the parties file a Notice with the Court stating whether they will participate in the Court's Lanham Act mediation program. This Notice must be filed at the earlier of the first scheduling conference, or 90 days after this case was filed. The Judge to whom this case has been assigned has been notified that you have been sent this letter, and will expect you timely to file the Certificate and Notice.

      The experience of the Court shows that the program provides tangible benefits to parties in resolving their disputes. Many lawyers and their clients have expressed satisfaction with the program, and many routinely encourage their clients to submit their disputes to mediation. We urge you and your client to proceed with mediation in this case. The best interests of your client would be served thereby.

      Sincerely,

      Elisa Perez
      Deputy Clerk

**List of Lanham Act Organizations and Individual Neutrals
Maintained Pursuant to Local General Rule 16.3**

**A.   Individual Neutrals**

1) G. Marshall Abbey
836 Skokie Boulevard
Northbrook, Illinois   60062
tel. (847) 291-9995
FX: (847)291-9996
Email: gma@gmabbeylaw.com

2) Louis Altman
Michael Best & Friedrich LLC
401 North Michigan Avenue
Suite 1900
Chicago, Illinois   60611
tel. (312) 222-0800
FX: (312) 222-0818
Email: LAltman@attglobal.net

3) Brett A. August
Pattishall, McAuliffe, Newbury, Hilliard & Geraldson
311 S. Wacker Dr.  Suite 5000
Chicago, Illinois   60606
(312) 554-7962
FX: (312)554-8015
Email: baugust@pattishall.com

4) Marvin N. Benn
Much, Shelist, Freed, Denenberg, Ament & Rubenstein, P.C.
191 N. Wacker Drive, Ste. 1800
Chicago, IL 60606
tel. (312) 521-2770
FX: (312) 521-2870
Email: mbenn@muchshelist.com

5) John W. Cooley
2106 Orrington Avenue
Evanston, Illinois   60201
tel. (847) 328-7285
FX: (847)864-1586
Email: jackwcool@aol.com

6) Champ W. Davis, Jr.
Davis, Mannix & McGrath
125 South Wacker Drive
Suite 1700
Chicago, IL   60606
tel. (312) 332-3033

7) Thomas J. Donovan
Barnes & Thornburg
2600 Chase Plaza
10 South LaSalle Street
Chicago, IL 60603
tel. (312) 357-1313

8) Lee J. Eulgen
Neal, Gerber & Eisenberg
Two N. LaSalle Street
Chicago, Illinois   60602
tel. (312) 269-8000
FX:(312) 578-2807
Email: leulgen@ngelaw.com

9) Robert E. Fitzgerald, Jr.
300 West Washington
Suite 1200
Chicago, IL   60606
tel. (312) 782-3264

10) Allen H. Gerstein
Marshall, O'Toole, et al
233 South Wacker Drive
Chicago, Illinois   60606
tel. (312) 474-6300
FX:(312)474-0448

11) Vickie A. Gillio
Gillio & Associates
8 South Michigan Ave, Ste 810
Chicago, Illinois   60603
tel. (312) 750-1500
FX:(312)750-1505
Email: vickiegillio@worldnet.att.net

12) Lee Hugh Goodman
2201 Center Avenue
Northbrook, IL   60062
tel. (847) 559-9525

13) Russell E. Hattis
1640 Jasmine Court
Highland Park, IL  60035
tel. (847) 831-4404
FX: (847)831-4872

14) Carl F.J. Henninger
2027 Nachtman Court
Wheaton, Illinois   60187
tel. (630) 668-2160

15) Keith L. Hunt
Hunt and Associates
Three 1st Nat'l.Plaza Suite 3750
Chicago, IL   60602
tel. (312) 558-6577
FX: (312)558-9911
Email: klh@huntassoclaw.com

16) Sheldon Karon
Foley & Lardner
330 North Wabsh Ave. #3300
Chicago, IL   60611-3608
tel. (312) 755-2604
FX: (312)755-1925
Email:skaron@foleylaw.com

17) Daniel L. Kegan
79 West Monroe Street #1320
Chicago, Illinois   60603
tel. (312) 782-6495, ext. 21
FX: (312) 782-6494
Email: daniel@keganlaw.com

18) John Adam Kerns, Jr.
187 Brittney Lane
Hartley, Delaware 19953-227887
tel. (302) 492-3445
FX: (302)492-3446
Email: neutraljohn@myfavoritei.com

19) Charles A. Laff
Michael Best & Friedrich LLC
401 North Michigan Avenue
Suite 1900
Chicago, Illinois   60611
tel. (312) 222-0800
FX: (312) 222-0818
Email: claff@iplaw-today.com

20) Bart A. Lazar
Seyfarth, Shaw, Fairweather & Geraldson
55 E. Monroe
Chicago, IL   60603
tel. (312) 269-8986
FX: (312)269-8869
Email: blazar@seyfarth.com

21) Floyd A. Mandell
Katten Muchin & Zavis
525 West Monroe Street
Suite 1600
Chicago, Illinois   60661
tel. (312) 902-5200
FX: (312) 577-8982
Email: floyd.mandell@kmz.com

22) Charles R. Mandly, Jr.
Foley & Lardner LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60610-4764
tel. (312) 832-4500
FX: (312) 832-4700
Email: cmandly@foley.com

23) Roger H. Marks
1104 West Barry Street

Alschuler Grossman Stein & Kahan  
The Water Garden  
1620 26th Street, 4th Floor,  
  North Tower  
Santa Monica, CA 90404-4060  
Tel.(310) 255-9114  
FX:(310) 907-2000  
Email: wfinkelstein@agsk.com  

13) Anthony L. Fletcher  
Fish & Richardson, P.C.  
45 Rockefeller Plaza  
Suite 2800  
New York, NY 10111  
Tel.(212) 641-2291  
FX:(212) 258-2291  
Email: fletcher@fr.com  

14) Kenneth B. Germain  
Thompson Hine LLP  
312 Walnut Street  
Suite 1400  
Cincinnati, OH 45202  
Tel.(513) 352-6527  
FX:(513) 241-4771  
Email: ken.germain@thompsonhine.com  

15) Jerome Gilson  
Brinks Hofer Gilson & Lione  
NBC Tower, Suite 3600  
455 North Cityfront Plaza Dr.  
Suite 3600  
Chicago, IL 60611-5599  
Tel.(312) 321-4205  
FX:(312) 321-4299  
Email: jgilson@brinkshofer.com  

16) Vito T. Giordano  
Von Maltitz, Derenberg, Kunin, Janssen & Giordano  
60 East 42 Street   Room 4410  
New York, NY 10165  
Tel.(212) 661-1400  
FX:(212) 370-1819  
Email: vtgiordano@vonmaltitz.com  

17) Arthur J. Greenbaum  
Cowan, Liebowitz & Latman  
1133 Avenue of the Americas  
35th Floor  
New York, NY 10036-6799  
Tel.(212) 790-9240  
FX:(212) 575-0671  
Email: ajg@cll.com  

18) David C. Gryce  
Arent Fox Kintner Plotkin & Kahn, PLLC  
1050 Connecticut Avenue, N.W.  
Washington, DC 20036-5339  
Tel.(202) 775-5797  
FX:(202) 857-6395  
Email: gryced@arentfox.com  

19) Dolores K. Hanna  
Bell, Boyd & Lloyd, LLC  
70 W. Madison Street  
Suite 3300  
Chicago, IL 60602  
Tel.(312) 807-4403  
FX:(312) 827-1276  
Email: dhanna@bellboyd.com  

20) Roslyn S. Harrison  
McCarter & English, LLP  
Four Gateway Center  
100 Mulberry Street  
Newark, NJ 07101-0652  
Tel.(973) 639-7963  
FX:(973) 624-7070  
Email: rharrison@mccarter.com  

21) Laurence R. Hefter  
Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.  
1300 I Street, N.W., Suite 700  
Washington, DC 20005-3315  
Tel.(202) 408-4053  
FX:(202) 408-4400  
Email: larry.hefter@finnegan.com  

22) David C. Hilliard  
Pattishall, McAuliffe, Newbury, Hilliard & Geraldson  
311 South Wacker Drive  
Suite 5000  
Chicago, IL 60606  
United States  
Tel.(312) 554-7950  
FX:(312) 554-8015  
Email: dhilliard@pattishall.com  

23) Nancy V. Hoyt  
University of Minnesota  
Office of the General Counsel  
360 McNamara Alumni Center  
200 Oak Street S.E.  
Minneapolis, MN 55455-2006  
Tel.(612) 624-4100  
FX:(612) 626-9624  
Email: nancyhoyt@mail.ogc.umn.edu  

24) Anne S. Jordan  
PeopleSoft, Inc.  
4305 Hacienda Drive  
Pleasanton, CA 94588  
Tel.(925) 694-8863  
FX:(925) 694-5550  
Email: anne_jordan@peoplesoft.com  

25) Siegrun D. Kane  
Morgan & Finnegan, L.L.P.  
345 Park Avenue  
New York, NY 10154-0053  
Tel.(212) 415-8778  
FX:(212) 751-6849  
Email: skane@morganfinnegan.com  

26) Bruce P. Keller  
Debevoise & Plimpton  
919 Third Avenue  
New York, NY 10022  
Tel.(212) 909-6118  
FX:(212) 909-6836  
Email: bpkeller@debevoise.com  

27) David J. Kera  
Oblon, Spivak, McClelland, Maier & Neustadt, P.C.  
1755 Jefferson Davis Highway  
Fourth Floor  
Arlington, VA 22202  
Tel.(703) 412-6456  
FX:(703) 413-2220  
Email: dkera@oblon.com  

28) Richard J. Leighton  
Keller and Heckman LLP  
1001 G Street N.W.  
Suite 500 West  
Washington, DC 20001  
Tel.(202) 434-4220  
FX:(202) 434-4646  
Email: leighton@khlaw.com  

29) George F. Long  
Huff, Poole & Mahoney P.C.  
4705 Columbus Street  
Virginia Beach, VA 23462  
Tel.(757) 518-2392  
FX:(757) 552-6016  
Email: glong@hpmlaw.com  

30) Leslie J. Lott  
Lott & Friedland, P.A.  
Post Office Drawer 141098  
355 Alhambra Circle, Suite 1100  
Coral Gables, FL 33134  
Tel.(305) 448-7089