# Greenberg Traurig

Paul D. McGrady, Jr.
312.456.8426 telephone
312.899.0407 facsimile
mcgradyp@gtlaw.com

July 21, 2008

Clerk of the United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

    Re:    **Refund of Receipt No. 2928088**

Dear Sir/Madam:

    We are requesting a refund of $350 for Receipt No. 2927890 transmitted on July 11, 2008, regarding Case No. 08cv3958. Thank you in advance for your help.

                      Sincerely,

                      **GREENBERG TRAURIG LLP**

                      /s/ Paul D. McGrady, Jr.
                      Paul D. McGrady, Jr.

ALBANY
AMSTERDAM
ATLANTA
BERLIN*
BOCA RATON
BOSTON
BRUSSELS*
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MIAMI
MILAN*
NEW JERSEY
NEW YORK
ORANGE COUNTY
ORLANDO
PHILADELPHIA
PHOENIX
ROME*
SACRAMENTO
SHANGHAI
SILICON VALLEY
TALLAHASSEE
TAMPA
TOKYO*
TYSONS CORNER
WASHINGTON, D.C.
WEST PALM BEACH
ZURICH
Strategic Alliance

Greenberg Traurig, LLP | Attorneys at Law | 77 West Wacker Drive | Suite 2500 | Chicago, IL 60601 | Tel 312.456.8400 | Fax 312.456.8435    www.gtlaw.com