UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHAF ENTERPRISES, INC., a Florida corporation,  )  <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHAYANNE.COM, LTD., a Canadian company, and <CHAYANNE.COM>, ) <br> ) <br> Defendants. ) | Case No. 08-CV-3958 <br><br> Judge George W. Lindberg <br> Magistrate Judge Jeffrey Cole |

**CERTIFICATION OF DISTRIBUTION OF LANHAM ACT**
**VOLUNTARY MEDIATION PROGRAM MATERIALS**

PURSUANT to Local Rule 16.3 and the Court's procedures adopted pursuant thereto, the undersigned hereby certifies that copies of the Court's notice and information concerning the Voluntary Mediation Program for Lanham Act cases in the Northern District of Illinois have been provided to Plaintiff CHAF ENTERPRISES, INC.

Respectfully submitted,

Dated: August 5, 2008

s/ Jeffrey P. Dunning
Paul D. McGrady, Jr. (ARDC 6239525)
Jeffrey P. Dunning (ARDC 6273364)
Jason B. Elster (ARDC 6289434)
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 2500
Chicago, IL 60601
Telephone:  312.456.8400

Attorneys for Plaintiff

MIA 180,161,509v1 8-5-08

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certified that a true and correct copy of the foregoing CERTIFICATION OF DISTRIBUTION OF LANHAM ACT VOLUNTARY MEDIATION PROGRAM MATERIALS was served upon counsel for Defendant on the date set forth below, by airmail, postage prepaid, addressed to:

Chayanne.com, Limited
P.O. Box 939
Quebec, Canada G1R 4T9
CANADA


Dated:  August 5, 2008                        s/ Jeffrey P. Dunning