# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CHAF ENTERPRISES, INC., a Florida corporation, | ) <br> ) Case No. 08-CV-3958 <br> ) <br> ) Judge George W. Lindberg <br> ) Magistrate Judge Jeffrey Cole <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| Plaintiff, | |
| v. | |
| CHAYANNE.COM, LTD., a Canadian company, and <CHAYANNE.COM>, | |
| Defendants. | |

## CHAF ENTERPRISES, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to F.R.Civ.P. 7.1, the undersigned counsel of record for Chaf Enterprises, Inc. hereby certifies that Chaf Enterprises, Inc. does not have any parent corporation, nor do any publicly held corporations own 10% or more of its stock.

                                                  Respectfully submitted,

Dated: September 3, 2008
                                                  s/ Jeffrey P. Dunning
                                                  Paul D. McGrady, Jr. (ARDC 6239525)
                                                  Jeffrey P. Dunning (ARDC 6273364)
                                                  Jason B. Elster (ARDC 6289434)
                                                  Greenberg Traurig, LLP
                                                  77 West Wacker Drive, Suite 2500
                                                  Chicago, IL 60601
                                                  Telephone:    312.456.8400

                                                  Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certified that a true and correct copy of the foregoing CHAF ENTERPRISES, INC.'S CORPORATE DISCLOSURE STATEMENT was served upon counsel for Defendant on the date set forth below, by airmail, postage prepaid, addressed to:

Chayanne.com, Limited
P.O. Box 939
Quebec, Canada G1R 4T9
CANADA


Dated:  September 3, 2008                  s/ Jeffrey P. Dunning